IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEVERLY AGEE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv305-A |
| ) | (WO) |
| ASSOCIATES FIRST CAPITOL, ) | |
| CORPORATION, et al., ) | |
| Defendants. ) | |

**<u>ORDER</u>**

In accordance with the Memorandum Opinion entered on this day, it is ORDERED as follows:

(1) The Plaintiff's Motion to Remand or in the Alternative for Abstention and Remand (Doc. # 7) is GRANTED and this cause is hereby REMANDED to the Circuit Court of Lowndes County, Alabama.

(2) The clerk is DIRECTED to take all steps necessary to effect this remand.

Done this the 28th day of September, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE